```
WANDA DUKES WELBORN          FORTIVA
111 INDUSTRIAL PARK RD       ATTN: BANKRUPTCY
PEARL, MS 39208              PO BOX 105555
                             ATLANTA, GA 30348


THOMAS C. ROLLINS, JR.       GOLDMAN SACHS BANK USA
THE ROLLINS LAW FIRM, PLLC   ATTN: BANKRUPTCY
P.O. BOX 13767               PO BOX 70379
JACKSON, MS 39236            PHILADELPHIA, PA 19176


ASPIRE CREDIT CARD           MARINER FINANCE
ATTN: BANKRUPTCY             ATTN: BANKRUPTCY
PO BOX 105555                8211 TOWN CENTER DRIVE
ATLANTA, GA 30348            NOTTINGHAM, MD 21236


AVANT/WEBBANK                MERCURY/FBT
222 N LASALLE ST             ATTN: BANKRUPTCY
SUITE 1600                   PO BOX 84064
CHICAGO, IL 60601            COLUMBUS, GA 31908


AVEN                         NEWREZ LLC
546 MARKET ST                PO BOX 10826
PMB 99555                    GREENVILLE, SC 29603
SAN FRANCISCO, CA 94104


CAPITAL ONE                  SYNCHRONY BANK
ATTN: BANKRUPTCY             ATTN: BANKRUPTCY
PO BOX 30285                 PO BOX 965065
SALT LAKE CITY, UT 84130     ORLANDO, FL 32896


CONTINENTAL FINANCE CO       UNITED CREDIT
ATTN: BANKRUPTCY             1586 SIMPSON HWY 49
PO.BOX 3220                  MAGEE, MS 39111
BUFFALO, NY 12420


DISCOVERCARD
PO BOX 30939
SALT LAKE CITY, UT 84130


FIRST FRANKLIN
ATTN: BANKRUPTCY
P.O. BOX 880
TOCCOA, GA 30577
```