Certificate Number: 12433-MSS-DE-041599570

Bankruptcy Case Number: 26-02120

12433-MSS-DE-041599570

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 23, 2026, at 6:10 o'clock PM PDT, Wanda Welborn completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: October 26, 2026

By: /s/Loren Bailey Roberts

Name: Loren Bailey Roberts

Title: Teacher